# Supplemental Civil Cover Sheet for Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | Dallas County Court at Law No. 4 | CC-19-00021-D |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Fiero Watt, Plaintiff | Matthew R. Scott, #00794613, Javier Perez, #24083650 |
   | | Carson Bridges, #24096758, Scott Perez LLP, 900 |
   | | Jackson St, Ste. 550, Dallas, TX, 214.965.9675 |
   | Sierra Nevada Corporation, Defendant | Shawn Oller, #00794399, Arrissa Meyer, #24060954, |
   | | Littler Mendelson, P.C., 2001 Ross Ave., Ste. 1500 Dallas, TX, 75201, 214.880.8180. |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ✓ Yes      ☐ No

   If "*Yes*," by which party and on what date?

   Plaintiff                                         1/2/2019
   Party                                             Date

4. **Answer:**

   Was an Answer made in State Court?  ☑ Yes        ☐ No

   If "*Yes*," by which party and on what date?

   | Sierra Nevada Corporation | 2/14/19 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | None. |  |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff | (1) Race/color discrimination under the TCHRA, (2) wrongful termination – race/color discrimination under TCHRA, (3) retaliation under TCHRA, (4) race/color discrimination under Title VII, (5) wrongful termination – race/color discrimination under Title VII, & (6) retaliation under Title VII. |